IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00054-CV

 

In re Wendy Jeanette Wingfield,

in her Capacity as Independent

Executor of the Estate of

O. D. Wingfield, Deceased

 

 



Original Proceeding

 



MEMORANDUM  Opinion



 

On March 15,
 2005, after receiving a
settlement agreement that appeared to resolve all of the issues in this
original proceeding, we sent a letter to the parties stating that “the petition
for writ of mandamus will be dismissed as moot unless, within fourteen (14)
days after the date of this letter, grounds are shown for continuing the
proceeding.”  No response has been
received.  Thus, the petition for writ of
mandamus is dismissed as moot.

 

PER CURIAM

 

Before Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

(Chief Justice
Gray dissents for the reasons expressed in his “Dissenting Opinion to Order
Lifting Stay” issued in this cause on March
 2, 2005.)

Petition dismissed

Opinion delivered and filed April 20, 2005

[OT06]






ficer Gillman that Lenox
crossed over the “fogline”
multiple times.  Further, a
video of Lenox crossing the line was introduced into evidence.  The Texas Transportation Code allows an
operator of a motor vehicle, in limited circumstances, to “drive on an improved
shoulder to the right of the main traveled portion of a roadway if that
operation is necessary and may be done safely.”  Tex.
Trans. Code Ann. § 545.058(a) (Vernon 1999).  However,
the record does not show any of the exceptions in Section 545.058(a).  See
id.  The trial court
found, based on this evidence, that Lenox violated Section 545.058(a).  Id. 

We agree that Officer Gillman had
reasonable suspicion of criminal activity and the traffic stop was legal.  The trial court did
not abuse its discretion by denying Lenox’s motion to suppress evidence.  We
overrule Lenox’s sole issue.

Conclusion

      Having overruled Lenox’s sole
issue, we affirm the judgment of the trial court.

 

BILL VANCE

Justice

 

Before
Chief Justice Gray,

Justice Vance, and

Justice Reyna

Affirmed

Opinion
delivered and filed May 24, 2006__________

Do
not publish 

[CR25]